# Exhibit A

Monday, December 29, 2025 at 9:24:55 AM Eastern Standard Time

| | |
|---|---|
| **Subject:** | Re: Gerber v. Board of Regents et. al. - Request for Consent to Extend Answer Deadline |
| **Date:** | Wednesday, December 17, 2025 at 1:59:33 PM Eastern Standard Time |
| **From:** | Zachary Ayer |
| **To:** | Ashley Brown |
| **CC:** | James W. Cobb, Chris Hood, Courtney Poole |
| **Attachments:** | Outlook-cecv5kul.jpeg, Outlook-Facebook.png, Outlook-Twitter.png, Outlook-pa0qioch.jpeg, Outlook-Facebook.png, Outlook-Twitter.png, Gerber v Board of Regents et al - Consent Motion Setting Answer Deadline.docx, Gerber v Board of Regents et al - Proposed Order on Consent mtn to Set Answer Deadline.docx |

Hi Ashley,

Not a problem, we can make January 16 work for the answer deadline extension, and we understand your position regarding the motion for preliminary injunction. Our primary concern is for the availability of our witnesses, given the school's closure for winter break.

I have attached a draft motion and proposed order, please let me know if you have any questions or concerns. Thank you.

Best,



**Zach Ayer**
**Assistant Attorney General**
**Office of the Attorney General Chris Carr**
**Government Services & Employment**
(404) 301-8526
zayer@law.ga.gov
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia 30334

---

**From:** Ashley Brown <abrown@caplancobb.com>
**Sent:** Wednesday, December 17, 2025 11:32 AM
**To:** Zachary Ayer <zayer@law.ga.gov>; Courtney Poole <CPoole@LAW.GA.GOV>
**Cc:** James W. Cobb <jcobb@caplancobb.com>; Chris Hood <chood@caplancobb.com>
**Subject:** Re: Gerber v. Board of Regents et. al. - Request for Consent to Extend Answer Deadline

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Zach,

Thanks for reaching out. We look forward to working with you and Courtney as well.

We're willing to consent to an extension until January 16, 2026, for all Defendants to respond to the complaint, provided that Defendants do not use our consent to this extended deadline as a basis to oppose our forthcoming motion for preliminary injunction.

We understand that, in light of the upcoming holidays, Defendants' current response deadlines might be a tight turnaround, and we generally try to be accommodating when considering requests for an extension from opposing counsel. But it's important here that our consent to your request not be taken as prejudicing our client's rights in any way.

Thanks,
Ashley

**Ashley C. Brown**
CAPLAN | COBB
75 Fourteenth Street, N.E. | Suite 2700 | Atlanta, Georgia 30309
Telephone: 404.596.5614 | Fax: 404.596.5604
abrown@caplancobb.com

---

**From:** Zachary Ayer <zayer@law.ga.gov>
**Date:** Tuesday, December 16, 2025 at 2:11 PM
**To:** James W. Cobb <jcobb@caplancobb.com>, Ashley Brown <abrown@caplancobb.com>, Chris Hood <chood@caplancobb.com>
**Cc:** Courtney Poole <CPoole@LAW.GA.GOV>
**Subject:** Gerber v. Board of Regents et. al. - Request for Consent to Extend Answer Deadline

Hello James, Ashley, and Chris,

I hope all is well. I wanted to introduce myself; Courtney Poole (copied) and I will be representing the Defendants in Dr. Gerber's complaint. We're looking forward to working with you and your team.

We are reaching out to inquire whether you would be willing to consent to set the answer deadline to January 26, 2026, for all defendants? In light of the holidays, we will need additional time to prepare a response to the complaint.

If you will consent to the proposed extension, we can circulate a draft motion for your review. Thank you.

Best,



**Zach Ayer**
**Assistant Attorney General**
**Office of the Attorney General Chris Carr**
**Government Services & Employment**
(404) 301-8526
zayer@law.ga.gov
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia 30334





> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.