IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **BRIAN GERBER,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CASE NO:** |
| : | **7:25-cv-182–WLS** |
| **BOARD OF REGENTS OF THE** : | |
| **UNIVERSITY SYSTEM OF GEORGIA,** : | |
| *et al.*, : | |
| : | |
| **Defendants.** : | |
| _____: | |

# ORDER

Before the Court is Plaintiff Dr. Brian L. Gerber's Motion for Preliminary Injunction and Incorporated Brief in Support (Doc. 13) ("Injunction Motion") filed December 22, 2025, as well as Defendants' Response (Doc. 16) thereto which was filed January 12, 2026. Also before the Court is Defendants' Motion to Dismiss (Doc. 17) ("Motion to Dismiss") filed January 16, 2026. Upon review of the Injunction Motion, Defendants' Response thereto, and the Motion to Dismiss, the Court finds that the issues in the Motions are intertwined, and that upon completion of the briefing on the Motions, a hearing will be set prior to resolution of these Motions.

Accordingly, it is hereby **ORDERED** that:

1. On or before close of business on **Monday, January 26, 2026**, Plaintiff may file a reply, if any, to Defendants' Response (Doc. 16) to the Injunction Motion.

2. On or before close of business on **Friday, February 6, 2026**, Plaintiff may file a response to the Motion to Dismiss (Doc. 17).

3. Within fourteen (14) days after Plaintiff's response to the Motion to Dismiss is filed, but no later than close of business on **Friday, February 20, 2026**, Defendants may file a reply, if any, thereto.

4. No further documents with respect to the above matters may be filed without the Court's permission, upon the filing of an appropriate motion showing good cause.

5. A hearing on the Injunction Motion and the Motion to Dismiss will be held on **Wednesday, March 11, 2026, at 2:00 p.m.**, at the C.B. King United States Courthouse, 201 W. Broad Avenue, Albany, Georgia.

**SO ORDERED**, this 21st day of January 2026.

                                            **/s/ W. Louis Sands**
                                            **W. LOUIS SANDS, SR. JUDGE**
                                            **UNITED STATES DISTRICT COURT**