IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **BRIAN GERBER,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CASE NO:** |
| : | **7:25-cv-182–WLS** |
| **BOARD OF REGENTS OF THE** : | |
| **UNIVERSITY SYSTEM OF GEORGIA,** : | |
| *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER

Before the Court is Defendants' Motion to Stay Discovery and Pre-Discovery Proceedings (Doc. 23) ("Motion to Stay"). Therein, Defendants request that a stay of discovery and related deadlines, including those imposed under Federal Rule of Civil Procedure 26 and the Middle District of Georgia Local Rule 26. Defendants request the stay be imposed until resolution of Defendant's pending Motion to Dismiss (Doc. 17). Also pending before the Court is Plaintiff Dr. Brian L. Gerber's Motion for Preliminary Injunction and Incorporated Brief in Support (Doc. 13) ("Injunction Motion"). A hearing on the Motion to Dismiss and Injunction Motion is set for Wednesday, March 11, 2026. The Defendants represent that Plaintiff opposes the Motion to Stay. To resolve the Motion to Stay prior to the March 11, 2026 hearing, the Court finds that Plaintiff's response time to such motion shall be shortened.

Accordingly, on or before **Wednesday, February 11, 2026**, Plaintiff may file a response to the Motion to Stay with support. No further documents with respect to the Motion to Stay may be filed without the Court's permission, upon the filing of an appropriate motion showing good cause.

**SO ORDERED**, this 4th day of February 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**