## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| BRIAN GERBER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CV-182 (WLS) |
| | : | |
| BOARD OF REGENTS OF THE | : | |
| UNIVERSITY SYSTEM OF | : | |
| GEORGIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

A review of the Record in the above-captioned action shows that Plaintiff has amended his complaint, pursuant to Federal Rule of Civil Procedure 15(a)(1). Because Plaintiff has amended, Defendants' Motion to Dismiss (Doc. 17) Plaintiff's original complaint is **DENIED**, without prejudice, as moot. *See, e.g., Dresdner Bank AG v. M/V Olympia Voyager*, 463 F.3d 1210, 1215 (11th Cir. 2006) (holding that an amended complaint supersedes the previous pleading).

**SO ORDERED**, this 19th day of February 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1