IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BRIAN GERBER, | : |
|     Plaintiff, | : |
| v. | :    CASE NO.: 7:25-CV-182 (WLS) |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, *et al.*, | : |
|     Defendants. | : |

## ORDER

Before the Court is Plaintiff's Motion for Leave to Drop Defendant as a Party (Doc. 25), filed on February 6, 2026. Therein, Plaintiff seeks leave to drop the Board of Regents of the University System of Georgia ("Board of Regents") as a Defendant in this action, pursuant to Federal Rule of Civil Procedure 21.

On December 4, 2025, Plaintiff filed a Complaint (Doc. 1), which named the Board of Regents, the President of Valdosta State University, Dr. Richard A. Carvajal, and Heidi Cox as defendants. (Doc. 1 ¶¶ 11–13). The original complaint asserted two breach of contract claims against the Board of Regents (Counts II and III). (Doc. 1 at 43–46). These counts named only the Board of Regents and no other defendants. The Board of Regents filed a Motion to Dismiss (Doc. 17), arguing that under the Eleventh Amendment, it is immune from suit on claims of breach of contract outside of the Superior Court of Fulton County. (Doc. 17 at 5–6).

Then, on February 6, 2026, Plaintiff filed an Amended Complaint (Doc. 26) that did not name the Board of Regents as a defendant and omitted the breach of contract claims asserted in the original complaint. Accordingly, Plaintiff filed the instant Motion requesting leave to drop the Board of Regents from this case, explaining that he no longer intends to pursue the contract claims in federal court. (Doc. 25 at 2). Neither the Board of Regents nor any other Defendant filed a response to Plaintiff's Motion, and the time to do so has expired.

Federal Rule of Civil Procedure 21 provides that "[o]n Motion or on its own, the court may at any time, on just terms, add or drop a party." *See Davison v. Ga. Corr. Health, LLC*, No. CV 616-039, 2016 WL 3365453, at *1 (S.D. Ga. June 15, 2016) (granting unopposed motion to dismiss a defendant pursuant to Rule 21 after plaintiff filed an amended complaint that did not name that defendant). Therefore, upon review, Plaintiff's Motion (Doc. 25) is **GRANTED**. The Board of Regents is **DISMISSED**, without prejudice, as a defendant in this action. Consequently, the Clerk is **DIRECTED** to terminate Defendant Board of Regents of the University System of Georgia as a party.

**SO ORDERED**, this 10th day of March 2026.

                                              **/s/ W. Louis Sands**
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**