**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| BRIAN GERBER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CV-182 (WLS) |
| | : | |
| BOARD OF REGENTS OF THE | : | |
| UNIVERSITY SYSTEM OF | : | |
| GEORGIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is Plaintiff's Consent Motion for Virtual Hearing Attendance (Doc. 36), filed on March 9, 2026. Therein, Plaintiff requests that Attorney Anthony Cochran be permitted to remotely attend the motion hearing scheduled for Wednesday, March 11, 2026. Plaintiff explains that while Mr. Cochran is not counsel of record in this case, he represented Plaintiff during the events underlying this action and remains a trusted advisor to Plaintiff. (Doc. 36 at 1). Plaintiff further states that Mr. Cochran is currently undergoing cancer treatment and recently underwent significant spinal surgery, and thus, his in-person attendance is impractical. (*Id.*) Plaintiff notes that Defendants consent to this request but reserve their right to exclude Mr. Cochran due to his status as a fact witness. (*Id.* at 1–2).

It has long been the Court's practice to require in-person attendance at hearings, absent a showing of extraordinary circumstances. The Court deeply regrets Mr. Cochran's illness and wishes him a full and speedy recovery. However, Mr. Cochran does not represent Plaintiff in this action, and it does not appear from the face of Plaintiff's Motion that he has been subpoenaed to testify at the hearing or otherwise participate in any formal capacity. As such, his presence at the hearing is not necessary. Therefore, Plaintiff's grounds for Mr. Cochran's virtual attendance do not warrant a departure from the Court's longstanding practice of requiring in-person attendance.

1

Accordingly, Plaintiff's Motion (Doc. 36) is **DENIED**. Mr. Cochran may attend the March 11, 2026 hearing in-person if he is able to do so, subject to Defendants' right to exclude Mr. Cochran under the Federal Rules of Evidence. The Court expects Counsel for all Parties to be present—in person—at the hearing scheduled for **Wednesday, March 11, 2026, at 2 P.M.** at the **C.B. King United States Courthouse**.

**SO ORDERED**, this 11th day of March 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2