**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| BRIAN GERBER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CV-00182 (WLS) |
| | : | |
| BOARD OF REGENTS OF THE | : | |
| UNIVERSITY SYSTEM OF | : | |
| GEORGIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 44), filed on April 29, 2026. Therein, Plaintiff dismisses his claims against all remaining Defendants, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Rule 41 permits voluntary dismissal by the plaintiff, without a court order, if the plaintiff dismisses an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). A review of the Docket shows that none of the Defendants remaining in this case have filed an answer or motion for summary judgment.

For the purpose of completing the Record, the Court acknowledges and **ACCEPTS** Plaintiff's Notice (Doc. 44). The above-captioned action is **DISMISSED**, without prejudice, in its entirety. Accordingly, Defendants' pending Motion to Dismiss (Doc. 28) is **DENIED**, as moot.

**SO ORDERED**, this 5th day of May 2026.

/s/ **W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1