IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

BRIAN L GERBER,                                     *

          Plaintiff,                              *

v.                                                      Case No. 7:25-cv-182 (WLS)

                               *

BOARD OF REGENTS OF THE UNIVERSITY
SYSTEM OF GEORGIA, et al.,                          *

          Defendants.                            *

---

## J U D G M E N T

Pursuant to this Court's Order dated May 5, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 5th day of May, 2026.

                        David W. Bunt, Clerk

                        s/ Katie Logsdon, Deputy Clerk